# United States District Court

_____ **EASTERN** _____ **DISTRICT OF** _____ **TENNESSE** _____

SALLY V. MULLINS,                                        JUDGMENT IN A CIVIL CASE

                     V.

MICHAEL J. ASTRUE,                                    CASE NUMBER: 3:08-cv-395
Commissioner of Social Security

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's motion for judgment on the pleadings [Doc. 11] is **GRANTED** only for remanding the case; the defendant Commissioner's motion for summary judgment [Doc. 15] is **DENIED**; the defendant Commissioner's decision in this case denying plaintiff's claim for period of disability, disability insurance benefits and supplemental security income is **REVERSED**; and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for a new hearing consistent with this opinion and Magistrate Judge Guyton's Report and Recommendation.

    August 5, 2009                                     Patricia L. McNutt, Clerk
Date

                                                                     By    s/ A. Brush
                                                                       Deputy Clerk